IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Julius Bowe #124850 )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 2:14-cv-342-MEF
Dr. Copeland ) (To be supplied by the clerk
) of U.S. District Court)
Dr. Mendez )
) **DEMAND FOR JURY TRIAL**
)
_____ )
)
_____ )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES( ) NO(✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES( ) NO( )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _N/A_____

            _____

            Defendant(s) _N/A_____

        2.  Court (if federal court, name the district; if state court, name the county) _N/A_

Received stamp: DEBRA P. HACKETT, U.S. DISTRICT COURT, MIDDLE DISTRICT, 2014 MAY -9 P 1:4[?]

3. Docket number _____ N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __Draper Corrections__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____
__Draper Corrections__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Dr. Copeland | Staton Medical Unit, P.O. Box 56, Elmore, AL 36025 |
| 2. | | |
| 3. | Dr. Mendez | Staton Medical Unit, P.O. Box 56, Elmore, AL 36025 |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED The year Span of April 2010 until April 2014

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

## STATEMENT OF FACTS

The plaintiff, Julius Bowe, began suffering from a severe skin infection around April 2010 upon his arrival at Draper Correctional Facility. Plaintiff sought continual medical help from the Corizon Medical Service doctor (Ms. Copeland) who was responsible for treating plaintiff's illness. Her prescribed medications and skin creams had no effect in healing plaintiff's illness. In 2011, a year later, the plaintiff's illness became so severe that it resulted in his face swelling and a bladder infection that cause urine retraction. Dr. Copeland provided medication that cured his bladder infection but not his continual skin swelling and pain. Dr. Copeland failed to recommend that the plaintiff be evaluated at a free world hospital by a dermatology specialist despite his repeated request. The plaintiff continued to suffer skin swelling, cracking, crumbling and painful irritation during Dr. Copelands employment at Staton Medical Unit until her transfer in 2012. The plaintiff continued to suffer even until the present time. In 2013 the defendant, Dr. Mendez, took the position as medical doctor for the plaintiff and his condition. The plaintiff's physical condition became hurendous as the swelling of his skin increased causing severe pain, itching and irritation. Plaintiff repeatedly informed Dr. Mendez that his suffering was unbearable and that he (plaintiff) needed emergency treatment

and intervention at a free world hospital. In January 2014 the plaintiff, at Dr. Mendez's approval, was finally transferred to a free world medical center to visit dermatology specialist Dr. Steven Mackey who recommended that the plaintiff immediately undergo treatment of omnicef (a powerful skin medication) to affectively cure his illness and stop his suffering. Despite Dr. Mackey's recommendation, Dr. Mendez refused to approve of such treatment due to his authority as the sole medical provider for the plaintiff, thus, leaving plaintiff to remain in an evident painful and horrific medical situation and offering the plaintiff only temporary and inadequate treatment over a four year period of time. The actions of both defendants in this case show intentional deliberate indifference to plaintiff's medical needs which has resulted in his severe and continual suffering.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Award plaintiff all court cost and Attorney fee's. Appoint counsel to Represent plaintiff pro bono. Award a trial by Jury. Award 1,500,000 (one million five hundred thousand) in compensatory damages and 1,200,000 (one million two hundred thousand dollars) in punitive damages. Grant immediate injunctive Relief

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 21, 2014
(Date)

Signature of plaintiff(s)

Julius Bowe #124850
cell A-1-14A
Draper Corrections
2828 Hwy 143
Elmore, AL 36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

LEGAL USE ONLY

Office of Clerk
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101

U.S. POSTAGE >> PITNEY BOWES
ZIP 36025 $000.69⁰
02 1W
0001378921 MAY 08 2014