IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JULIUS BOWE, #124850, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:14-cv-342-MEF |
| | ) | WO |
| DR. COPELAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# O R D E R

On  June 17, 2014, the Magistrate Judge filed a Recommendation (Doc. #11) in this

case to which no timely objections have been filed.  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  Plaintiff's motion for preliminary injunction (Doc. #9) is DENIED.

3.  This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 9th day of July, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE