IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS BOWE, #124850, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DR. COPELAND, et al., )<br>)<br>Defendants. ) | CASE NO. 2:14cv-342-WHA<br><br>(WO) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #24), entered on October 3, 2014. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to exhaust an administrative remedy pursuant to the provisions of 42 U.S.C. § 1997e(a).

DONE this 27th day of October, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE